## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 1 EAL 2015 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| DARNELL BASON, | : |
| | : |
| Petitioner | : |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 11th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.